IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL GRASSO, individually and t/a General Partner of GF 2014, L.P.**<br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**TOBY KATZ**<br>　　　　**Defendant.** | **CIVIL ACTION NO. 21-5472** |

## ORDER

AND NOW, this 28th day of September 2022, upon consideration of Defendant Toby Katz's Motion to Dismiss Plaintiff's Amended Complaint and any responses hereto, it is hereby ORDERED that the Motion to Dismiss [Doc. No. 10] is **GRANTED** and the Amended Complaint of Plaintiff Michael Grasso is **DISMISSED** with prejudice.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**